IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RAYMOND JOHNSON.
D.O.C. # 421558,

      Plaintiff,

v.                                          CASE NO.  4:10cv258-SPM/WCS

C. SIMCOX, et al.,

      Defendants.
_____/

## ORDER

      THIS CAUSE comes before the Court on the magistrate judge's report and recommendation dated July 14, 2010.  Doc. 4.  Plaintiff has been furnished a copy and has filed objections pursuant to Title 28, United States Code, Section 636(b)(1).  Doc. 5.

      Despite the objections, I have determined that the report and recommendation should be adopted as to the dismissal of this case under § 1915(g).  According to Plaintiff's own complaint at paragraph 16, his medications (with the exception of "gemifiber" and aspirin) were reinstated.  Plaintiff was advised that he could access sick call to address continuing complaints about his health, but Plaintiff disagrees with the treatment he has received and states that

he "will not continue to pay a medical co-payment fee for sickcall to receive no treatment." Complaint, doc. 1, at page 38. The allegations of the complaint are insufficient to show that Plaintiff is in imminent danger of serious physical injury so as to qualify for the exception to § 1915(g). Accordingly, it is

ORDERED AND ADJUDGED:

1. The magistrate judge's report and recommendation (doc. 4) is ADOPTED and incorporated by reference in this order.

2. The motion to proceed in forma pauperis (doc. 2) is denied.

3. This case is dismissed under 28 U.S.C. § 1915(g).

4. The clerk shall note on the docket that this case was dismissed in accordance with 28 U.S.C. § 1915(g).

DONE AND ORDERED this 3rd day of August, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge